594 F.2d 862
 U. S.
v.
One (1) 1976 Buick Regal Automobile, I. D. NO 4J57H257439,
With CB Radio and Antenna***
 No. 78-2015
 United States Court of Appeals, Fifth Circuit
 4/24/79
 
 1
 S.D.Fla.
 
 AFFIRMED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966